AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

## Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 26-3297MB | 09/02/2026 9:53 am | Postal Case File |

Inventory made in the presence of :
USPIS TFO D. Haynes and USPIS B. Felice

Inventory of the property taken and name of any person(s) seized:

USPS Express Mail Parcel No. 9570 1126 7776 6243 8904 11:
- Cardboard box
- Clear tape
- Taped black bundle
- Black t-shirt wrapped with clear tape,
- Black tape
- Four bundles wrapped in black tape in the shape of "shoe insoles"
- Multiple heat sealed clear bags under black tape containing white crystalline material
- Approximately 855.5 grams of white crystalline material (FTP as methamphetamine)

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 09/04/2026

*Executing officer's signature*

David Stevens, U.S. Postal Inspector

*Printed name and title*

# UNITED STATES DISTRICT COURT

*District of Arizona*

*In the Matter of the Search of:*
**SUBJECT PARCEL**: One (1) USPS Express Mail parcel bearing USPS tracking number 9570 1126 7776 6243 8904 11, addressed to "B Schultz 2703 W 24 street #14 Kearney NE 68845" with a return address of "Adrian Jimenez 209 Cano st, Somerton, AZ 85350." It is a brown cardboard box measuring 12" X 10" X 8"; weighing 3 pounds 2.7 ounces; postmarked August 31, 2026; and bearing $84.00 in postage.

**SEARCH WARRANT**

Case Number: 26-3297MB

TO: David Stevens and any Authorized Officer of the United States

Affidavit having been made before me by Affiant, David Stevens, UNITED STATES POSTAL INSPECTOR, on the premises known as:

**SUBJECT PARCEL:** One (1) USPS Express Mail parcel bearing USPS tracking number 9570 1126 7776 6243 8904 11, addressed to "B Schultz 2703 W 24 street #14 Kearney NE 68845" with a return address of "Adrian Jimenez 209 Cano st, Somerton, AZ 85350." It is a brown cardboard box measuring 12" X 10" X 8"; weighing 3 pounds 2.7 ounces; postmarked August 31, 2026; and bearing $84.00 in postage,

in the District of Arizona there is now concealed certain property, namely, CONTROLLED SUBSTANCES AND/OR U.S. CURRENCY OR DOCUMENTS RELATING TO THE DISTRIBUTION OF CONTROLLED SUBSTANCES THROUGH THE UNITED STATES MAIL, IN VIOLATION OF TITLE 21, UNITED STATES CODE, SECTIONS 841(a)(1) and/or 846. AS EVIDENCE OF SAID VIOLATIONS.

I am satisfied that the Affidavit establishes probable cause to believe that the property so described is now concealed on the premises above described and establishes grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before 9/15/26 (Date) (not to exceed 14 days) the premises named above for the property specified, serving this warrant and making the search in the daytime (6:00 a.m. to 10:00 p.m.), if the property be found there to seize same, leaving a copy of this warrant and receipt for the property taken, and to prepare a written inventory of the property seized and promptly return this warrant to any United States Magistrate Judge, District of Arizona as required by law.

9/1/26 @ 2:15pm at Phoenix, Arizona
Date and Time Issued — City and State

HONORABLE MICHAEL T. MORRISSEY
UNITED STATES MAGISTRATE JUDGE
Name and Title of Judicial Officer

M Morrissey
Signature of Judicial Officer